AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

APR 27 2018

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ruperto Omar CANTU | ) | Case No. M-18-0905-M |
| DOB: 1975 | ) | |
| | ) | SEALED |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/11/2018 - 4/24/2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Possess with the Intent to Distribute and |
| 21 USC 841 | Possession with Intent to Distribute Cocaine, approximately 574 grams, a schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA DPAXTON
4/27/18

_Complainant's signature_

Joshua Wedesky - ATF Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __April 27, 2018 4:27pm__

_Judge's signature_

City and state: __McAllen, Texas__     U.S. Magistrate Peter E. Ormsby
_Printed name and title_

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

On or about January 11, 2018, a Cooperating Source (hereinafter referred to as CS) purchased approximately 135 grams of suspected cocaine from CANTU. Prior to purchasing the suspected cocaine, CS placed a phone call to CANTU to set up the narcotics transaction. Law enforcement officers observed CANTU arrive at the 619 W. 30th Street in Mission, Texas (hereinafter referred to as the SUBJECT RESIDENCE), and enter the SUBJECT RESIDENCE. CS purchased the suspected cocaine inside the SUBJECT RESIDENCE.

On or about January 25, 2018, CS purchased approximately 249 grams of suspected cocaine from CANTU. Prior to purchasing the suspected cocaine, CS placed a phone call to CANTU to set up the narcotics transaction. The narcotics transaction took place outside of Powers Xtrym Ink Tattoos and Piercing Studio located at 1122 N. 10th St. Suite E in McAllen, Texas. Law enforcement officers observed CANTU arrive at the business and exit the business up the arrival of CS. CANTU entered the vehicle of CS when CS arrived at the business. When CANTU entered the vehicle of CS, CANTU advised CS to get a bag out of CANTU's vehicle. CS was observed getting out of the driver's seat of the vehicle of CS, and CS retrieved a black bag from the front passenger seat of the CANTU's vehicle. CS returned to the vehicle of CS and conducted the narcotics transaction with CANTU. The approximate 249 grams of suspected cocaine was tested by the Texas DPS Laboratory in Weslaco, Texas, and the substance tested positive for cocaine.

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

On or about February 21, 2018, CS purchased approximately 125 grams of suspected cocaine from CANTU. Prior to purchasing the suspected cocaine, CS placed a phone call to CANTU to set up the narcotics transaction. Per the phone conversation, CANTU advised CS to come to the home of SUBJECT RESIDENCE in Mission, Texas. CS purchased the suspected cocaine inside the SUBJECT RESIDENCE. The approximate 125 grams of suspected cocaine was tested by the Texas DPS Laboratory in Weslaco, Texas, and the substance tested positive for cocaine.

On or about April 24, 2018, CS purchased approximately 65 grams of suspected cocaine from CANTU. Prior to purchasing the suspected cocaine, CS placed a phone call to CANTU to set up the narcotics transaction. The narcotics transaction took place outside of Powers Xtrym Ink Tattoos and Piercing Studio located at 1122 N. 10th St. Suite E in McAllen, Texas. Law enforcement officers observed the CS arrive at the business and CANTU exited the business upon the arrival of the CS. CANTU entered the vehicle of CS and conducted the narcotics transaction inside the CS' vehicle.

Joshua Wedesky - ATF Special Agent

Sworn to before me and subscribed in my presence,

U.S. Magistrate Peter E. Ormsby

April 27, 2018